# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DALTON and TINA PIZZO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No.: 21-CV-2143-W-WVG<br><br>**ORDER ON JOINT MOTION TO CONTINUE VIDEO MANDATORY SETTLEMENT CONFERENCE** |

Before the Court is the Parties' Joint Motion to Continue Mandatory Settlement Conference ("Joint Motion"). (Doc. No. 25.) The Parties move the Court to continue the April 21, 2023, Video Mandatory Settlement Conference ("MSC") to one of four proposed dates due to Plaintiff's counsel's "unavoidable calendar conflicts." (*Id*., 1:15-21.) Because Plaintiff's counsel's participation in the MSC is mandatory rather than permissive, the Court GRANTS the Joint Motion. In so ruling, the Court observes Plaintiff's counsel had ample notice of the April 21, 2023 MSC, as the MSC had been scheduled eight months ago pursuant to the Court's July 25, 2022, Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings ("Scheduling Order"). (See Doc. No. 23.) The Court issued the Scheduling Order in reliance on all attorneys, including Plaintiff's counsel, indicating their availability to participate in the MSC during the July 25, 2022, Video Case Management

Conference ("CMC"). Thus, the calendaring conflicts that prompted the Joint Motion arose after the CMC and were avoidable.

Nonetheless, the Court GRANTS the Joint Motion but cautions the Parties it will not do so again. To that end, the Court CONTINUES the Video MSC to **Tuesday, May 2, 2023, at 2:00 p.m. PST**, consistent with the Parties' representation that they and their counsel are available on such date without any noted time restrictions. No other dates in the operative Scheduling Order shall be modified unless by separate order of this Court. (*See generally* Doc. No. 23.)

**IT IS SO ORDERED.**

DATED: March 31, 2023

Hon. William V. Gallo
United States Magistrate Judge