CLAUDIA G. SILVA, County Counsel (SBN 167868)
By  ALEXA KATZ, Senior Deputy (SBN 317968)
     STEVEN P. INMAN, II, Senior Deputy (SBN 227748)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 4874; Fax: (619) 531-6005
E-mail: alexa.katz@sdcounty.ca.gov

Attorneys for Defendants County of San Diego and Deputy David Collins, Jr.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| STEVEN DALTON and TINA PIZZO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; DAVID COLLINS, JR.; and DOES 1-5,<br><br>Defendants. | No. 21-cv-02143-W-WVG<br><br>**DEFENDANTS' *EX PARTE* APPLICATION FOR ORDER ALLOWING FILING OF DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: October 2, 2023<br>Judge: Hon. Thomas J. Whelan<br>Dept: 3C<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1(D)(1)** |
|---|---|

Defendants County of San Diego and Deputy David Collins, Jr. ("Defendants") request an order allowing the filing under seal of exhibits attached to the Notice of Lodgment filed in support of the Defendant's Motion for Summary Judgment.  Local Civil Rule 79.2(c) allows records to be filed under seal where permitted by court order. In this matter, Exhibits A through N are either marked as "Confidential" under the protective order in this case, which requires the parties to request filing under seal, or implicate juvenile police and mental health records. It is necessary that these documents

are filed under seal because they identify a minor, and may implicate her criminal and mental health history. It is the intent of the California Legislature that such documents remain confidential. See *CA Welf & Inst Code § 827.9 ("It is the intent of the Legislature to reaffirm its belief that records or information gathered by law enforcement agencies relating to the taking of a minor into custody, temporary custody, or detention (juvenile police records) should be confidential. Confidentiality is necessary to protect those persons from being denied various opportunities, to further the rehabilitative efforts of the juvenile justice system, and to prevent the lifelong stigma that results from having a juvenile police record. …").* The federal rules of civil procedure also requires that only a minor's initials may be included in filings with the court. See FRCP 5.2(a)(3); ( *"(a) Redacted Filings. Unless the court orders otherwise, in an electronic or paper filing with the court that contains…. the name of an individual known to be a minor… a party or nonparty making the filing may include only (3) the minor's initials"*)

      Accordingly, good cause exists to file exhibits A-N under seal due to the sensitive statutorily protected information contained in the filed documents.

      Thus, to preserve the confidentiality of the minor involved in this case, O.D., the documents supporting the undisputed material facts in this case, Exhibits A-N, should be filed under seal.

DATED: August 18, 2023        CLAUDIA G. SILVA, County Counsel

                                        By: s/ALEXA KATZ, Senior Deputy
Attorneys for Defendants County of San Diego and Deputy David Collins, Jr.