KEITH H. RUTMAN (CSB #144175)
501 West Broadway Ste 1650
San Diego, California 92101-3541
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
email: krutman@krutmanlaw.com

Attorney for Plaintiffs
STEVEN DALTON and TINA PIZZO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Thomas J. Whelan)

| | |
|---|---|
| STEVEN DALTON and TINA PIZZO, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO and DOES 1-5, <br><br> Defendants. | Case No. 21-cv-2143-W (WVG) <br><br> JOINT MOTION TO CONTINUE BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

COME NOW the parties to the instant case, by and through their attorneys, and hereby jointly move the Court for an Order continuing the briefing schedule on Defendants' pending Motion for Summary Judgment/Adjudication, which is currently scheduled to be submitted to the Court for decision on October 2, 2023.

Plaintiff's opposition is currently due September 18, 2023. Due to several other deadlines (an appellate brief due August 23, a response to an FRCP 10(b) motion due August 24, a scheduled vacation, mumerous court appearances, and an opposition to an MSJ/cross motion for MSJ due September 22 (22cv00373- AJB, an FTCA case involving a Border Patrol fatal shooting)), Plaintiff's counsel, a solo practitioner, cannot complete the opposition on the current schedule.

Further, the parties also need time to meet and confer at least ten days before the hearing date regarding the joint statement and defense counsel has a preplanned vacation from September 27 to October 6.

An additional 3 weeks or until Monday, October 23 is therefore requested.

There is no oral argument scheduled in this matter.

                                          Respectfully Submitted,

Dated: August 21, 2023        s/ Keith H. Rutman
KEITH H. RUTMAN
Attorney for Plaintiff
Email: krutman@krutmanlaw.com

Dated: August 21, 2023        Office of County Counsel

                              By:    /s Alexa Katz
ALEXA KATZ
Senior Deputy County Counsel
Attorneys for Defendants
Email: Alexa.katz@sdcounty.ca.gov

## SIGNATURE CERTIFICATION

      Pursuant to § 2(f) of the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all persons required to sign the document and have obtained authorization for the electronic signatures of all parties on the document.

                                          Respectfully Submitted,

Dated: August 21, 2023        s/ Keith H. Rutman
KEITH H. RUTMAN
Attorney for Plaintiffs
Email: krutman@krutmanlaw.com