# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DALTON and TINA PIZZO, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO, <br><br> Defendant. | Case No.: 21-CV-2143 W (WVG) <br><br> **ORDER GRANTING JOINT MOTION [DOC. 30] TO CONTINUE DEFENDANT'S SUMMARY JUDGMENT MOTION** |

Pending before the Court is a joint motion to continue the hearing date on Defendant's summary-judgment motion by three weeks. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 30] and continues the hearing date to **October 23, 2023**. Upon conclusion of the briefing, the matter shall be deemed under submission. There shall be no oral argument. See Civ.L.R. 7.1d1.

**IT IS SO ORDERED**.

Dated:  August 22, 2023

_____
Hon. Thomas J. Whelan
United States District Judge