# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DALTON and TINA PIZZO,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO,<br><br>　　　　　　　　　　　Defendant. | Case No.: 21-CV-2143 W (WVG)<br><br>**ORDER GRANTING JOINT MOTION [DOC. 32] TO CONTINUE BRIEFING ON DEFENDANT'S SUMMARY JUDGMENT MOTION** |

　　　　Pending before the Court is a joint motion to continue the hearing date on Defendant's summary-judgment motion. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 32] and **ORDERS** Plaintiff's opposition due on <u>**October 16, 2023**</u> and Defendant's reply due on <u>**October 30, 2023**</u>.  Upon conclusion of the briefing, the matter shall be deemed under submission.  There shall be no oral argument.  <u>See</u> Civ.L.R. 7.1d1.

　　　　**IT IS SO ORDERED**.

Dated:  October 10, 2023

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　United States District Judge