UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DALTON, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  21-cv-2143 W (VET)<br><br>**ORDER SETTING PRETRIAL CONFERENCE AND RELATED DATES** |

　　　The pretrial conference in this matter shall take place on **Monday, July 15, 2024 at 10:30 a.m**.  In preparation for the pretrial conference, the parties shall also comply with the following deadlines:

- Counsel shall comply with the pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) on or before **June 24, 2024**.
- Counsel shall meet and take the action required by Local Rule 16.1(f)(4) on or before **July 1, 2024**.
- Objections to pre-trial disclosures shall be filed no later than **July 8, 2024**.
- The proposed final pretrial conference order required under Local Rule 16.1(f)(6) shall be prepared, served, and lodged (**not filed**) on or before **July**

**8, 2024**.  Additionally, the parties shall bring an unsigned copy of the proposed order to the pretrial conference.

- Pursuant to this Court's Chamber Rules, the parties shall submit to Chambers (**not file**) and serve on opposing counsel informal letter briefs, not exceeding two single spaced pages on or before **July 10, 2024**.

**IT IS SO ORDERED**.

Dated:  May 21, 2024

_____
Hon. Thomas J. Whelan
United States District Judge